IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **JAMES STUDENSKY,** | § | |
| *Plaintiff,* | § | |
| | § | **W-21-CV-00028-DTG** |
| *v.* | § | |
| | § | |
| **PEGGY BORGFELD, ET AL,** | § | |
| *Defendants.* | § | |
| | § | |

## JUDGMENT

This action came before the Court for a jury trial commencing on July 10, 2023, between Plaintiff James Studensky and Defendants Peggy Borgfeld, Ryan Downton, and Jeffrey Madison. The jury reached and returned its unanimous verdict on July 14, 2023, finding that Defendants did not commit any actual or constructive fraudulent transfers under federal or Texas law and did not breach their fiduciary duties to Little River. ECF No. 167.

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the unanimous verdict, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Defendant Madison did not cause Little River to make an actual fraudulent transfer under federal law in the amount of $3,018,386.00 on August 26, 2016;

2. Defendant Borgfeld did not cause Little River to make an actual fraudulent transfer under federal law in the amount of $1,013,274.00 on August 26, 2016;

3. Defendant Downton did not cause Little River to make an actual fraudulent transfer under federal law in the amount of $1,441,96.00 on August 26, 2016;

4. Defendant Madison did not cause Little River to make a constructive fraudulent transfer under federal law in the amount of $3,018,386.00 on August 26, 2016;

1

5. Defendant Borgfeld did not cause Little River to make a constructive fraudulent transfer under federal law in the amount of $1,013,274.00 on August 26, 2016;

6. Defendant Downton did not cause Little River to make a constructive fraudulent transfer under federal law in the amount of $1,441,96.00 on August 26, 2016;

7. Defendant Madison did not cause Little River to make actual fraudulent transfers under Texas law for the following transactions:

| Transaction Date | Dollar Amount |
|---|---|
| January 7, 2016 | $1,677,122.00 |
| February 19, 2016 | $2,125,000.00 |
| February 26, 2016 | $2,125,000.00 |
| April 1, 2016 | $736,551.00 |
| April 12, 2016 | $2,054,000.00 |
| July 1, 2016 | $855,794.00 |
| August 26, 2016 | $3,018,386.00 |

8. Defendant Borgfeld did not cause Little River to make actual fraudulent transfers under Texas law for the following transactions:

| Transaction Date | Dollar Amount |
|---|---|
| January 7, 2016 | $513,002.00 |
| February 19, 2016 | $650,000.00 |
| February 26, 2016 | $650,000.00 |
| April 1, 2016 | $225,298.00 |
| April 12, 2016 | $676,000.00 |
| July 1, 2016 | $261,772.00 |
| August 26, 2016 | $1,013,274.00 |

9. Defendant Downton did not cause Little River to make actual fraudulent transfers under Texas law for the following transactions:

| Transaction Date | Dollar Amount |
|---|---|
| January 7, 2016 | $730,041.00 |
| February 19, 2016 | $925,000.00 |
| February 26, 2016 | $925,000.00 |
| April 1, 2016 | $320,616.00 |
| April 12, 2016 | $962,000.00 |
| July 1, 2016 | $372,522.00 |
| August 26, 2016 | $1,441,967.00 |

10. Defendant Madison did not cause Little River to make constructive fraudulent transfers under Texas law for the following transactions:

| Transaction Date | Dollar Amount |
|---|---|
| January 7, 2016 | $1,677,122.00 |
| February 19, 2016 | $2,125,000.00 |
| February 26, 2016 | $2,125,000.00 |
| April 1, 2016 | $736,551.00 |
| April 12, 2016 | $2,054,000.00 |
| July 1, 2016 | $855,794.00 |
| August 26, 2016 | $3,018,386.00 |

11. Defendant Borgfeld did not cause Little River to make constructive fraudulent transfers under Texas law for the following transactions:

| Transaction Date | Dollar Amount |
|---|---|
| January 7, 2016 | $513,002.00 |
| February 19, 2016 | $650,000.00 |
| February 26, 2016 | $650,000.00 |
| April 1, 2016 | $225,298.00 |
| April 12, 2016 | $676,000.00 |
| July 1, 2016 | $261,772.00 |
| August 26, 2016 | $1,013,274.00 |

Defendant Downton did not cause Little River to make constructive fraudulent transfers under Texas law for the following transactions:

3

| Transaction Date | Dollar Amount |
|---|---|
| January 7, 2016 | $730,041.00 |
| February 19, 2016 | $925,000.00 |
| February 26, 2016 | $925,000.00 |
| April 1, 2016 | $320,616.00 |
| April 12, 2016 | $962,000.00 |
| July 1, 2016 | $372,522.00 |
| August 26, 2016 | $1,441,967.00 |

12. Defendants Madison, Borgfeld, and Downton did not breach their fiduciary duties to Little River with respect to the transactions on January 7, 2016, February 19, 2016, February 26, 2016, April 1, 2016, April 12, 2016, July 1, 2016, and August 26, 2016;

13. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Defendants Madison, Borgfeld, and Downton are the prevailing parties in this case and shall recover their costs from Plaintiff; and further

14. All other relief requested by either party and not specifically awarded herein is **DENIED.**

SIGNED this 1st day of August, 2023.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE